September 17, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

DENNIS SHAVER, Appellant

NO. 14-13-00585-CV                          V.

WELLS FARGO BANK, NA AS TRUSTEE FOR NCBT 2008-1, Appellee

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on March 21, 2013. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Dennis Shaver.

We further order this decision certified below for observance.